ROYAL INDEMNITY COMPANY, Respondent, *v.* AMERICAN
BONDING COMPANY OF BALTIMORE, Appellant.

(Argued March 23, 1934; decided April 17, 1934.)

*Jacob J. Alexander* and *Thomas E. White* for appellant.
*F. M. Buermann* and *Barnett Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.